E-FILED
Wednesday, 02 February, 2005 12:15:11 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )  WARRANT FOR ARREST
    Plaintiff )

vs )

**FILED**
FEB 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**SEALED**

David Bradley Chamness,
a/k/a Brad Chamness
710 Esther Street
Taylorville, IL    62568

CASE NO. 05-30010-005

    Defendant )

TO:    THE U. S. MARSHAL and any
         AUTHORIZED UNITED STATES OFFICER

    YOU ARE HEREBY COMMANDED to arrest David Bradley Chamness, and bring him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with conspiracy to manufacture a controlled substance - methamphetamine in violation of Title 21, United States Code, Section(s) 846 and 841(a)(1).

| | |
|---|---|
| **JOHN M. WATERS**<br>Name of Issuing Officer | **CLERK U.S. DISTRICT COURT**<br>Title of Issuing Officer |
| s/John M. Waters<br>Signature of Issuing Officer | January 6, 2005 at Springfield, Illinois<br>Date and Location |

**Bail fixed at $ <u>No Bail/Bond</u> by US Magistrate Judge Byron Cudmore.**

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at _Taylorville, IL_

| Date Received 1-7-05 | Name of Arresting Officer _Richard Dollus_ | Signature of Arresting Officer |
| Date of Arrest 1-25-05 | Title of Arresting Officer _DEA_ | _[signature]_ |