E-FILED
Tuesday, 08 February, 2005  08:58:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-30010 |
| DAVID BRADLEY CHAMNESS, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

I, Ronald J. Stone of Stratton, Giganti, Stone & Kopec, hereby enter my appearance on behalf of the DEFENDANT, DAVID BRADLEY CHAMNESS, in the above-captioned case.

Respectfully submitted,

DAVID BRADLEY CHAMNESS, DEFENDANT

By:   s/ Ronald J. Stone
Ronald J. Stone Bar Number: 02746662
Attorney for Defendant
Stratton, Giganti, Stone & Kopec
725 South Fourth Street
Springfield, Illinois 62703
Telephone: (217) 528-2183
Fax: (217) 528-1874
E-mail: rstone@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Esteban Sanchez.

    s/ Ronald J. Stone
    Ronald J. Stone Bar Number: 02746662
    Attorney for Defendant
    Stratton, Giganti, Stone & Kopec
    725 South Fourth Street
    Springfield, Illinois 62703
    Telephone: (217) 528-2183
    Fax: (217) 528-1874
    E-mail: rstone@stratton-law.com