E-FILED
Monday, 28 March, 2005  12:54:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-30010 |
| | ) |
| DAVID BRADLEY CHAMNESS, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO CONTINUE

Now comes the Defendant, David Bradley Chamness, by and through Court appointed counsel, Ronald J. Stone, and for this Motion states as follows:

1. The final pre-trial in this cause is set for April 1, 2005 at 9:00 a.m., with the trial set for April 4, 2005.

2. A trial is not anticipated in this cause, but additional time is necessary for the Defendant and the Government to work out a plea agreement.

3. Assistant United States Attorney Esteban Sanchez relates that the Government has no objection to this Motion.

WHEREFORE, it is respectfully requested that the matter be continued for at least thirty (30) days.

Respectfully submitted,

DAVID BRADLEY CHAMNESS, DEFENDANT

By:     s/ Ronald J. Stone
        Ronald J. Stone Bar Number: 02746662
        Attorney for Defendant
        Stratton, Giganti, Stone & Kopec
        725 South Fourth Street
        Springfield, Illinois 62703
        Telephone: (217) 528-2183
        Fax: (217) 528-1874
        E-mail: rstone@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Esteban Sanchez.

                                        s/ Ronald J. Stone
                                        Ronald J. Stone Bar Number: 02746662
                                        Attorney for Defendant
                                        Stratton, Giganti, Stone & Kopec
                                        725 South Fourth Street
                                        Springfield, Illinois 62703
                                        Telephone: (217) 528-2183
                                        Fax: (217) 528-1874
                                        E-mail: rstone@stratton-law.com