E-FILED
Thursday, 07 July, 2005  11:04:02 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

vs.   Case No. 05-30010

DAVID BRADLEY CHAMNESS

FILED
JUL - 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### NOTICE REGARDING ENTRY OF A PLEA OF GUILTY

In the event the Defendant decides at any time before trial to enter a plea of guilty, a United States Magistrate Judge is authorized by CDIL Rule 72.1(A)(24), with the consent of the Defendant and the United States of America to conduct the proceedings required by Rule 11, Fed. R. Crim. P. incident to the plea. If, after conducting such proceedings, the U.S. Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Fed. R. Crim. P. The assigned U.S. District Judge will then act on the U.S. Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

### CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to a United States Magistrate Judge conducting the proceedings required by Rule 11, Fed. R. Crim. P., incident to the plea. I understand that if my plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement I may have with the United States, and will adjudicate guilt and impose sentence.

_David B. Chamness_   07-05-05
Defendant:    Date

_s/ Ronald J. Stone_   7-5-05
Defendant's Attorney:    Date

On behalf of the United States of America, I hereby request and consent to a United States Magistrate Judge conducting the proceedings required by Rule 11, Fed. R. Crim. P., incident to the above listed Defendant entering a plea of guilty. It is understood that if the Defendant's plea of guilty is then accepted by the District Judge, the District Judge will decide whether to accept or reject any plea agreement that may have been entered into, and will adjudicate guilt and impose sentence thereafter.

UNITED STATES OF AMERICA

By: _s/David E. Risley_   07/05/05
  Assistant U.S. Attorney   Date

Notice of Guilty Plea.wpd