**E-FILED**
Tuesday, 25 October, 2005  10:47:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-30010 |
| | ) |
| DAVID BRADLEY CHAMNESS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

Now comes the Defendant, David Bradley Chamness, by and through Court appointed counsel, Ronald J. Stone, and for this Motion states as follows:

1.     The sentencing hearing in the above matter is presently set for November 18, 2005 at 2:30 p.m.

2.     Assistant United States Attorney Esteban Sanchez advises that there is a good chance the Defendant will be called upon to provide testimony at two (2) upcoming trials now set for December 6, 2005 (Johnson and Champley) and January 9, 2006 (Shelton & Walker).

3.     Additional time is thus needed to fully assess the extent, nature and value of Defendant's cooperation.

WHEREFORE, it is respectfully requested that the matter be continued to the last part of January, 2006.

Respectfully submitted,

DAVID BRADLEY CHAMNESS, DEFENDANT

By:     s/ Ronald J. Stone
        Ronald J. Stone Bar Number: 02746662
        Attorney for Defendant
        Stratton, Giganti, Stone & Kopec
        725 South Fourth Street
        Springfield, Illinois 62703
        Telephone: (217) 528-2183
        Fax: (217) 528-1874
        E-mail: rstone@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Esteban Sanchez and Laura Hanner.

s/ Ronald J. Stone
Ronald J. Stone Bar Number: 02746662
Attorney for Defendant
Stratton, Giganti, Stone & Kopec
725 South Fourth Street
Springfield, Illinois 62703
Telephone: (217) 528-2183
Fax: (217) 528-1874
E-mail: rstone@stratton-law.com