E-FILED
Tuesday, 17 January, 2006  09:08:02 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 05-30010 |
| | ) |
| DAVID BRADLEY CHAMNESS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

Now comes the Defendant, David Bradley Chamness, by and through Court appointed counsel, Ronald J. Stone, and for this Motion states as follows:

1. The sentencing hearing in the above matter is presently set for January 31, 2006 at 1:30 p.m.

2. Defendant has been cooperating with the Government. One Co-Defendant's case is still set for trial on March 6, 2006, that being Gavin Walker. Defendant Chamness' testimony may be utilized if there is a trial in that matter.

3. Additional time is thus needed to fully assess the extent, nature and value of Defendant's cooperation.

4. Assistant United States Attorney Esteban Sanchez agrees that additional time is needed to evaluate Defendant's cooperation.

WHEREFORE, it is respectfully requested that the matter be continued to mid-March, 2006.

Respectfully submitted,
DAVID BRADLEY CHAMNESS, DEFENDANT

By:   s/ Ronald J. Stone
    Ronald J. Stone Bar Number: 02746662
    Attorney for Defendant
    Stratton, Giganti, Stone & Kopec
    725 South Fourth Street
    Springfield, Illinois 62703
    Telephone: (217) 528-2183
    Fax: (217) 528-1874
    E-mail: rstone@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Esteban Sanchez and Laura Hanner.

                                          s/ Ronald J. Stone
                                          Ronald J. Stone Bar Number: 02746662
                                          Attorney for Defendant
                                          Stratton, Giganti, Stone & Kopec
                                          725 South Fourth Street
                                          Springfield, Illinois 62703
                                          Telephone: (217) 528-2183
                                          Fax: (217) 528-1874
                                          E-mail: rstone@stratton-law.com