UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-30010 |
| | ) |
| DAVID BRADLEY CHAMNESS, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

Now comes the Defendant, David Bradley Chamness, by and through Court appointed counsel, Ronald J. Stone, and for this Motion states as follows:

1. The sentencing hearing in the above matter is presently set for March 10, 2006 at 10:00 a.m.

2. Probation Officer Laura Hanner, Assistant United States Attorney Sanchez and Defendant's counsel have met and are working on resolving most, if not all, of the contested sentencing issues.

3. Because of the voluminous and intertwined accounts of witnesses in the discovery, additional time is needed to attempt to resolve a couple of key sentencing issues.

4. Assistant United States Attorney Esteban Sanchez and Probation Officer Laura Hanner both agree that additional time is needed to address these issues.

WHEREFORE, it is respectfully requested that the matter be continued three to four weeks.

Respectfully submitted,
DAVID BRADLEY CHAMNESS, DEFENDANT

By:     s/ Ronald J. Stone
         Ronald J. Stone Bar Number: 02746662
         Attorney for Defendant
         Stratton, Giganti, Stone & Kopec
         725 South Fourth Street
         Springfield, Illinois 62703
         Telephone: (217) 528-2183
         Fax: (217) 528-1874
         E-mail: rstone@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Esteban Sanchez and Laura Hanner.

                                                s/ Ronald J. Stone  
                                               Ronald J. Stone Bar Number: 02746662  
                                               Attorney for Defendant  
                                               Stratton, Giganti, Stone & Kopec  
                                               725 South Fourth Street  
                                               Springfield, Illinois 62703  
                                               Telephone: (217) 528-2183  
                                               Fax: (217) 528-1874  
                                               E-mail: rstone@stratton-law.com