E-FILED
Wednesday, 05 April, 2006 11:20:41 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.   05-30010 |
| ELDON SHELTON, et al., | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

Now comes the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Patricia A. McInerney, Assistant United States Attorney, and for its Motion for Substitution of Counsel states as follows:

1. Assistant United States Attorney Esteban Sanchez is designated as counsel of record in the above-captioned matter on behalf of the government.

2. This matter has been reassigned to Assistant United States Attorney Patricia A. McInerney.

WHEREFORE, the United States of America prays that this Court grant its Motion for Substitution of Counsel substituting Assistant United States Attorney Patricia A. McInerney for Assistant United States Attorney Esteban Sanchez as counsel of record on behalf of the government.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/  Patricia A. McInerney
Patricia A. McInerney
Assistant United States Attorney
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217)  492-4450
Fax:  (217)  492-4512
patricia.mcinerney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    James Elmore
    Attorney for Eldon Shelton

    J. Randall Cox
    Chad Turner
    Attorneys for Gavin Walker

    Ron Stone
    Attorney for David Chamness

    Doug Quivey
    Attorney for Michael Smothers

    Michael Vonnahmen
    Attorney for Jeffrey Durbin

    s/   Patricia A. McInerney
        Patricia A. McInerney
        Assistant United States Attorney
        318 South Sixth Street
        Springfield, IL 62701
        (217) 492-4450
        Fax: (217) 492-4512
        patricia.mcinerney@usdoj.gov