E-FILED
Friday, 14 April, 2006  09:21:21 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-30010 |
| | ) |
| DAVID BRADLEY CHAMNESS, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF INTENT TO PRESENT TESTIMONY</u>**

Now comes Defendant, David Bradley Chamness, through his attorney, Ronald J. Stone and pursuant to the Court's Order On Implementation Of Sentencing Guidelines hereby notifies all parties of Defendant's intent to testify at the sentencing hearing in this cause. Defendant Chamness will be the only witness and his direct testimony should require perhaps forty (40) minutes. He will testify as to the sentencing factors outlined in 18 U.S.C. 3553, as to his role in the conspiracy, and as to the amount of drugs that he should be held accountable for.

Respectfully submitted,

DAVID BRADLEY CHAMNESS, DEFENDANT

By:    s/ Ronald J. Stone
       Ronald J. Stone Bar Number: 02746662
       Attorney for Defendant
       Stratton, Giganti, Stone & Kopec
       725 South Fourth Street
       Springfield, Illinois 62703
       Telephone: (217) 528-2183
       Fax: (217) 528-1874
       E-mail: rstone@stratton-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Patricia A. McInerny and Laura Hanner.

                                            s/ Ronald J. Stone
                                            Ronald J. Stone Bar Number: 02746662
                                            Attorney for Defendant
                                            Stratton, Giganti, Stone & Kopec
                                            725 South Fourth Street
                                            Springfield, Illinois 62703
                                            Telephone: (217) 528-2183
                                            Fax: (217) 528-1874
                                            E-mail: rstone@stratton-law.com