```
 1
 2              UNITED STATES DISTRICT COURT
 3              CENTRAL DISTRICT OF ILLINOIS
 4                  SPRINGFIELD DIVISION
 5
 6
 7              GRAND JURY INVESTIGATION
 8
 9  PRESENT:
10  MR. ESTEBAN SANCHEZ
    Assistant United States Attorney
11  Springfield, Illinois
12  MS. DELORES HURLEY
    Special Assistant United States Attorney
13  Springfield, Illinois
14
15
16
17
18
19
20
21
22              TRANSCRIPT OF TESTIMONY
23                        OF
24                   SHAWN BRADLEY
25                 December 2, 2004
```

EXHIBIT A

CAPITOL REPORTING SERVICE, INC.
SPRINGFIELD, ILLINOIS 217-525-6167

1   A.   It was just easier, I mean because everything
2   we had, you can't really -- I mean you can cook meth
3   in town but it puts off such odors that pretty much
4   everybody would know.
5   Q.   Okay.
6   A.   But out at the country house --
7       MR. SANCHEZ:  I was looking for the lady who
8   was sitting here.
9       GRAND JUROR:  She's not here today.
10      MR. SANCHEZ:  That was convinced that the
11  neighbors were using it.
12      GRAND JUROR:  She was convinced the neighbors
13  and she was asking questions, she was terrified they
14  were going to follow her home.
15      GRAND JUROR:  She's not here today, that's
16  not a good sign.
17  Q.   So you now are sometime in October or so, you
18  move into the country house not very long after you
19  learned to cook?
20  A.   Uh-huh.
21  Q.   You've made this arrangement with Butch.  How
22  often is Butch bringing you a thousand pills?
23  A.   At first just about twice, sometimes three
24  times a week.
25  Q.   And you're cooking as fast as you get them?

```
 1      A.   Pretty much, yeah.
 2      Q.   And the reason for that is you cannot
 3  stockpile them because they want the dope immediately?
 4      A.   Right.
 5      Q.   Right?
 6      A.   I mean when they bring the pills they want --
 7  a lot of times they're expecting me to either have
 8  enough dope to pay them and a lot of times I didn't,
 9  so I would cook it right then, you know, me and my
10  wife, Becky Champley and Kevin Johnson.
11      Q.   Okay, we'll talk about them in a little bit.
12  But so you would basically as soon as people bring you
13  pills --
14      A.   We'd pretty much cook it right up.
15      Q.   You'd cook it.  So now how often would you
16  say once you moved to the country house, how often
17  would you say you were cooking in a week's time?
18      A.   About I'd say three, sometimes four times a
19  week.
20      Q.   Okay.  And was it always in a thousand pills
21  batch or were there times that you cooked more than
22  1,000 pill batches?
23      A.   There were times that we cooked more.
24      Q.   Okay.  You basically cook as much pills as
25  you had, you tried to do that?
```

```
 1  cooking more than one batch --
 2      A.  Oh, right.
 3      Q.  -- on a particular day?
 4      A.  Right.
 5      Q.  And there would have been times where you
 6  cooked around-the-clock for weeks?
 7      A.  There were several times that we cooked like
 8  every day for a week, you know, and there were
 9  sometimes -- they were just on an average three or
10  four times a week.
11      Q.  Were there times that you cooked more than
12  one batch a day?
13      A.  Yeah, there was days I cooked two in a day,
14  sometimes three in a day.
15      Q.  So you were cooking all the time?
16      A.  Right.  I mean pretty much whenever they
17  would bring the pills I would go down and get the
18  anhydrous and cook right then, and possibly two or
19  three hours later I could give them their dope and
20  they'd leave.
21      Q.  And what were they doing while you were
22  cooking, what were you guys doing?
23      A.  Pretty much me, Kevin and Becky and Sabrina
24  would get it done pretty quick, they would help me,
25  and Kevin would help me peel batteries or Sabrina
```

```
 1  cooked and how many days, et cetera, which is where we
 2  left off.
 3       Tell me, from the time that you moved into the
 4  country house to the time that you got arrested in
 5  January of 2004, how often were you cooking meth,
 6  regardless of the amount of pills that you were using?
 7       A.  Regardless of the amount of pills I was
 8  using?
 9       Q.  Yeah, so I don't want you to say I was only
10  cooking -- I was cooking one, I was cooking three
11  times but those cooks were 1,000 pills.  I want you
12  all together, how much were you cooking every week
13  would you estimate?
14       A.  Okay, on a weekly?
15       Q.  On cook, numbers of?
16       A.  On a weekly basis I was cooking three to four
17  times a week.
18       Q.  Okay.  And those cooks revolved -- in other
19  words, I just want to make sure, you were cooking
20  three or four times a week batches, multiple badges of
21  -- badges, we don't need stinking badges -- batches of
22  meth?
23       A.  Right.
24       Q.  You could be cooking -- during those three or
25  four times a week, you could be cooking multiple
```

```
 1  batches at the same time?
 2      A.  Right.
 3      Q.  And you could be cooking more than one batch
 4  a day?
 5      A.  Right.
 6      Q.  Is that right?
 7      A.  (Nodding head up and down.)
 8      Q.  And that could be of different amounts of
 9  pills?
10      A.  Right.
11      Q.  So in the morning you would cook -- it's
12  possible in the morning somebody brought you a
13  thousand pills and you cooked that in the morning, and
14  in the afternoon somebody brought you 3,000 pills and
15  you cooked that in the afternoon, and in the evening
16  somebody brought you another thousand pills and you
17  cooked that in the evening?
18      A.  Right.
19      Q.  And you're counting that as a day?
20      A.  As a day cook, right.
21      Q.  Okay.  So you could have -- in a day you
22  could have multiple cooks?
23      A.  Right.
24      Q.  Okay.
25          MS. HURLEY:  Mr. Bradley, on the average
```

```
 1    Q.   Now, where would Kevin and you get your pills
 2   for when you're cooking with Kevin?
 3    A.   Like I said, Becky, Sabrina would go buy,
 4   Gavin would bring us some pills, you know, we would go
 5   in on ventures like that together.  Say like if Gavin
 6   brought us pills and he wanted seven grams of dope,
 7   whenever the batch got through we would -- me and
 8   Kevin would pay everybody off that we owed and then we
 9   would split the batch 50/50.
10    Q.   Okay.  That's the deal that you had with
11   Kevin?
12    A.   Yes.
13    Q.   How many times did you and Kevin cook?
14    A.   I'd say we cooked at least 20 times together,
15   at least 20 batches.
16    Q.   Other than -- were there other times in which
17   Kevin cooked --
18    A.   Yes.
19    Q.   -- in which you were not involved but you
20   know that he cooked because you saw him cook?
21    A.   Yes.
22    Q.   How many of those times?
23    A.   I'd say at least ten.
24    Q.   So overall during this period of time Kevin
25   cooked whether with you or by himself or with someone
```

```
 1   else about 30 times?
 2        A.    Yup.
 3        Q.    And what were his batches like?
 4        A.    You mean what size as far as --
 5        Q.    Yeah, a thousand pill batches as well?
 6        A.    A thousand to anywhere from a thousand to
 7   5,000.
 8        Q.    And what was his yield?
 9        A.    He would get about the same, about 25 to 28
10   grams per a thousand.
11        Q.    What would he do with his dope other than
12   splitting it with you and paying everybody else?
13        A.    They would sit around, they shot dope, and I
14   guess it takes a lot more, I've seen them shoot a gram
15   of dope at one time and they use a lot more dope.  But
16   he would sell a lot of his dope to Gail Price, he
17   would sell a lot to Adam Harden, he would also trade
18   it a lot to Adam Harden.  He bought a car through Adam
19   Harden with dope.  That was pretty much it.  I mean he
20   just sold it to people he knew.
21        Q.    Okay.  So he used some and sold some?
22        A.    Right.
23        Q.    Was there ever a time when you made
24   arrangements to teach anyone how to cook, did you
25   teach anyone how to cook?
```