E-FILED
Wednesday, 19 April, 2006  10:42:03 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 05-30010 |
| DAVID BRADLEY CHAMNESS, | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, David Bradley Chamness, by and through Court appointed counsel, Ronald J. Stone, and for this Motion states as follows:

1. The matter is currently set for a sentencing hearing on April 20, 2006 at 11:00 a.m.

2. On Monday, April 17, 2006, Defendant's attorney was for the first time advised by Assistant United States Attorney Patricia McInerney that Assistant Attorney General Delores Hurley intends to call Defendant as a witness to testify in a State drug case, State v. Calloway.

3. Therefore, the extent and value of Defendant's cooperation cannot be fully assessed at this point in time.

4. Ms. McInerney states that she has no objection to this Motion To Continue.

WHEREFORE, it is respectfully requested that the matter be continued for sixty (60) days.

Respectfully submitted,
DAVID BRADLEY CHAMNESS, DEFENDANT

By:   s/ Ronald J. Stone
        Ronald J. Stone Bar Number: 02746662
        Attorney for Defendant
        Stratton, Giganti, Stone & Kopec
        725 South Fourth Street
        Springfield, Illinois 62703
        Telephone: (217) 528-2183
        Fax: (217) 528-1874
        E-mail: rstone@stratton-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of interest, including the following: Patricia McInerney and Laura Hanner.

                                            s/ Ronald J. Stone
                                            Ronald J. Stone Bar Number: 02746662
                                            Attorney for Defendant
                                            Stratton, Giganti, Stone & Kopec
                                            725 South Fourth Street
                                            Springfield, Illinois 62703
                                            Telephone: (217) 528-2183
                                            Fax: (217) 528-1874
                                            E-mail: rstone@stratton-law.com