AO 245B   (Rev. 12/03) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
DAVID BRADLEY CHAMNESS
a/k/a Brad Chamness

JUDGMENT IN A CRIMINAL CASE

Case Number: 05-30010-005
USM Number: 14449-026

Ron Stone
Defendant's Attorney

FILED
JUL 2 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1 & 2

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC §§ 841(a)(1) and 846 | Conspiracy to Manufacture Controlled Substance (Methamphetamine) | 1/14/2004 | 1 |
| 21 USC §§ 841(a)(1) and 846 | Conspiracy to Distribute Controlled Substance (Methamphetamine) | 1/14/2004 | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/17/2006
Date of Imposition of Judgment

_Jeanne E. Scott_
Signature of Judge

JEANNE E. SCOTT, US District Judge
Name and Title of Judge

July 20, 2006
Date

A TRUE COPY
ATTEST:
JOHN M. WATERS, CLERK
BY _Christy Taylor_
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DATE 7/20/2006

AO 245B  (Rev. 12/03) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: DAVID BRADLEY CHAMNESS a/k/a Brad Chamness
CASE NUMBER: 05-30010-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**113 months on each of counts 1 and 2 to run concurrently.**

☑ The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be placed in the Forrest City, AR, minimum security facility, if possible.
2. That the defendant be placed in a facility with vocational programs in welding.
3. That the defendant be placed in a facility with an Intensive Drug Treatment program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before   p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __9-5-06__ to __Federal Prison Camp__ at __Forest City, AR__, with a certified copy of this judgment.

By _____ WARDEN